UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| **CAMBRIDGE WALNUT PARTNERS, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CAUSE NO. 2:22CV59-PPS/APR |
| ) | |
| **JUNG H. SON d/b/a Sunny Cleaners, and** ) | |
| **JUNG H. SON,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Plaintiff's Notice of Dismissal [DE 4] is SO ORDERED, and this action is voluntarily DISMISSED WITH PREJUDICE, and thereby CLOSED.

**SO ORDERED**.

ENTERED: May 10, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT